IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET S. JOHNSON,

    Plaintiff,

v.                                                        Civil Action No. 3:11CV802

TARGET STORES, INC.,

    Defendant.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Target Stores, Inc. in the above action certifies that Target Corporation, a Minnesota Corporation, does business in Virginia as Target Stores, Inc. Target Corporation is a publicly traded corporation, and its stock is registered with the U.S. Securities and Exchange Commission and traded on the New York Stock Exchange. As a publicly traded company, Target Corporation generally does not and is not legally obligated to track the identity of individual shareholders, but relies on the reports filed by investors that disclose their holdings in Target Corporation, which reports are required by the rules of the SEC. Based on its review of the most recently filed reports, Target Corporation is unaware of any shareholder that reported owning 10% or more of its outstanding stock. Thus, there is nothing to report under Local Civil Rule 7.1(A)(1)(a).

                                                **TARGET STORES, INC.**

                                                By Counsel

12/2/11
Date

/s/ Danielle D. Giroux

Danielle D. Giroux
VSB No. 45401
Lester C. Brock, III
VSB No. 67984
Attorneys for Target Stores, Inc.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dgiroux@hccw.com
lbrock@hccw.com

2

## **C E R T I F I C A T E**

I hereby certify that on the ___2nd___ day of December, 2011, I have mailed by United States Postal Service the document to the following:

    Iving M. Blank Esq.
    ParisBlank, LLP
    1804 Staples Mill Road
    Richmond, VA 23230

                                 _____
                                 Danielle D. Giroux
                                 VSB No. 45401
                                 Lester C. Brock, III
                                 VSB No. 67984
                                 Attorneys for Target Stores, Inc.
                                 Harman, Claytor, Corrigan & Wellman
                                 P.O. Box 70280
                                 Richmond, Virginia 23255
                                 (804) 747-5200
                                 (804) 747-6085 – facsimile
                                 dgiroux@hccw.com
                                 lbrock@hccw.com